$255 pd.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2005 AUG -9  A 11: 28 |
| | No. 3:02 CR 264 – 2 (AWT) |
| v. | DISTRICT COURT |
| | HARTFORD, CT |
| E. KIRK SHELTON. | August 9, 2005 |

## NOTICE OF APPEAL

Notice is hereby given that E. Kirk Shelton, defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment in a Criminal Case, including (i) Mr. Shelton's conviction on Counts 1 through 12 of the Superseding Indictment, (ii) his sentence on Counts 1 through 12, and (iii) the order of restitution of $3.275 billion, entered in this action on the 5th day of August, 2005.

DATED: August 9, 2005

Respectfully submitted,

DAY, BERRY & HOWARD LLP

By: _____
Stanley A. Twardy, Jr. (CT 05096)
Gary H. Collins (CT 22119)
City Place 1, 185 Asylum Street
Hartford, CT 06103
Tel.: (860) 275-0314
Fax: (860) 275-0343

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio (CT 22983)
230 Park Avenue, Suite 301
New York, NY 10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

MILBANK, TWEED, HADLEY & McCLOY LLP
Scott A. Edelman (CT 25268)
Thomas A. Arena (CT 25269)
1 Chase Manhattan Plaza
New York, NY 10005-1413
Tel.: (212) 530-5000
Fax: (212) 530-5219

Attorneys for Defendant E. Kirk Shelton