**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 – 2 (AWT) |
| v. | : | |
| E. KIRK SHELTON. | : | August 16, 2005 |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that E. Kirk Shelton, defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment in a Criminal Case, including (i) Mr. Shelton's conviction on Counts 1 through 12 of the Superseding Indictment, (ii) his sentence on Counts 1 through 12, and (iii) the order of restitution of $3.275 billion, entered in this action on the 5th day of August, 2005.  In addition, notice is hereby given that E. Kirk Shelton hereby appeals to the United States Court of Appeals for the Second Circuit from the Order Denying Bail Pending Appeal, entered in this action on the 16th day of August, 2005.

Respectfully submitted,

DAY, BERRY & HOWARD LLP

By:_____
Stanley A. Twardy, Jr. (CT 05096)
Gary H. Collins (CT 22119)
City Place 1, 185 Asylum Street
Hartford, CT  06103
Tel.: (860) 275-0314
Fax: (860) 275-0343

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio (CT 22983)
230 Park Avenue, Suite 301
New York, NY 10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

MILBANK, TWEED, HADLEY & McCLOY LLP
Scott A. Edelman (CT 25268)
Thomas A. Arena (CT 25269)
1 Chase Manhattan Plaza
New York, NY 10005-1413
Tel.: (212) 530-5000
Fax: (212) 530-5219

Attorneys for Defendant E. Kirk Shelton

## **CERTIFICATION**

      I hereby certify that on August 16, 2005 a copy of the foregoing was served on the following parties via fax and US Mail:

          James McMahon, Esq.
          Richard J. Schechter, Esq.
          United States Attorney's Office
          District of New Jersey
          970 Broad Street, Suite 700
          Newark, NJ  07101

                                                           _____
                                                                  Gary H. Collins