**MANDATE**

FILED

2005 SEP 30 P 1: 04

United States Court of Appeals
FOR THE
SECOND CIRCUIT

U.S. DISTRICT COURT
NEW HAVEN, CT

CTDC-NHC7
02-cr-264
THOMPSON

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 20th day of September, two thousand and five,

Present:
    Hon. Richard J. Cardamone,
    Hon. José A. Cabranes,
               Circuit Judges.*



United States of America,
                Appellee,
    v.
E. Kirk Shelton,
                Defendant-Appellant.

SECOND AMENDED ORDER
Docket No. 05-4342-cr

The motion for bond pending appeal is GRANTED. The order directing Shelton's surrender is STAYED until further order of this Court. The condition of bond now in effect as a result of orders of the District Court shall remain in full force and affect until further order of the District Court, to which the cause is remanded pending appeal for the sole purpose of monitoring the conditions of bail and entering such orders thereon as may be appropriate in the circumstances. The mandate, for this limited purpose only, shall issue forthwith.

FOR THE COURT:
ROSEANN B. MACKECHNIE, CLERK
By:
_____
Tracy W. Yeung, Motions Staff Attorney

SEP 2 0 2005
Date

*The Honorable Rosemary S. Pooler, a member of the panel that heard this petition, is recused and did not participate in the decision of the matter, which has been decided by the remaining members of the panel. *See* Second Circuit Local Rule § 0.14(b).

A TRUE COPY
Roseann B. MacKechnie, CLERK
by_____
    DEPUTY CLERK

CERTIFIED: 9/20/05