UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER A. FORBES. | No. 3:02CR264 (AHN)<br>January 25, 2007 |

## NOTICE OF APPEAL

Notice is hereby given that Walter A. Forbes hereby appeals to the United States Court of Appeals for the Second Circuit from the Orders entered in this Criminal action on the 17th day of January, 2007, including (i) Mr. Forbes' conviction on Counts 1 through 3 of the Superseding Indictment, and (ii) the sentence on Counts 1 through 3 of the Superseding Indictment.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

                          James T. Cowdery (Bar No. ct05103)
                          Thomas J. Murphy (Bar No. ct07959)
                          COWDERY, ECKER & MURPHY, L.L.C.
                          750 Main Street
                          Hartford, CT 06103-2703
                          (860) 278-5555 (phone)
                          (860) 249-0012 (fax)
                          tmurphy@cemlaw.com (e-mail)

                          Attorneys for Walter A. Forbes

Dated: January 25, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Appeal to be served by e-mail on January 25, 2007 to the following:

>Norman Gross, Esq. (norman.gross@usdoj.gov)
>Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
>Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

_____
Barry S. Simon