UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>WALTER A. FORBES<br><br>    Defendant. | Criminal No. 3:02cr264 (AWT) |

## NOTICE OF APPEAL

Notice is hereby given that Walter A. Forbes hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this Criminal action on February 27, 2014, including the denial of Mr. Forbes' Motion for a New Trial Based on Newly Discovered Evidence.

Respectfully Submitted,

WILLIAMS & CONNOLLY LLP

*/s/ Robert M. Cary*

Robert M. Cary (ct24198)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
rcary@wc.com

–and –

Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
280 Trumbull St., 22nd Floor
Hartford, CT 06103
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com


*Attorneys for Defendant Walter A. Forbes*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Appeal to be served on March 7, 2014 via Federal Express to the following:

Mark E. Coyne
Chief, Appeals Division
United States Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102-2535

_/s/ Margaret A. Keeley_
Margaret A. Keeley